**Order filed, February 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00961-CR

_____

**ERIC  GUY MARKLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No 8**
**Harris County, Texas**
**Trial Court Cause No. 1859025**

---

## ORDER

The reporter's record in this case was due **January 20, 2014**. _See_ Tex. R. App. P. 35.1.  On **January 17, 2014**, this court granted **Sondra Humphrey's** motion for extension of time to file the record until **February 11, 2014**.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Sondra Humphrey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM